CORPORATION, Purchasers, Appellants.— Motion for stay granted and stay continued upon condition that the undertaking already given be continued until the determination of the appeal with the consent of the surety company, or that a new undertaking, with corporate surety, be given; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

BRIDGE CITY ATHLETIC CLUB, INC., Appellant, v. GEORGE SALBERG and Others, as Police Commissioners of the City of Poughkeepsie, and Others, Respondents.— Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ALBERT BROWNE MOTOR SALES, INC., Respondent, v. ARTHUR SCHOFIELD, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JOSEPH CAPONE, Respondent, Appellant, v. MATTEO REALTY CORPORATION and Others, Defendants; THOMAS F. McGUIRE, Receiver, Appellant, Respondent. PHILIP BRUST and MARGARET F. INGALLINA, Plaintiffs, v. MATTEO REALTY CORPORATION and Others, Defendants. THOMAS A. KANE and VITO F. LANZA, Plaintiffs, v. MATTEO REALTY CORPORATION and Others, Defendants.— Motion to resettle order denied. Motion for reargument denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

IDA CARRINGTON, as Administratrix of the Estate of PERCY CARRINGTON, Deceased, Respondent, v. PANAMA MAIL STEAMSHIP COMPANY, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

IDA CARRINGTON, as Administratrix of the Estate of PERCY CARRINGTON, Deceased, Respondent, v. PANAMA MAIL STEAMSHIP COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

HYMAN CHODAR, Appellant, v. RAY FRANKEL and Others, Respondents.— Motion for enlargement of time granted upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

HYMAN CHODAR, Appellant, v. RAY FRANKEL and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

CITY TRUST COMPANY, Respondent, v. DEMETRE CAFADARIS, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

CITY TRUST COMPANY, Respondent, v. GEORGE PAPPAS, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

RUSSELL CLARK, Respondent, v. ANNA COHN and NEW YORK EVENING POST, INC., Appellants.— Motion for stay granted upon condition that appellants per-